```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

SunGard Higher Education Inc.

    Plaintiff,                        Case No. 2:11-cv-00148

vs.                                  JUDGE JAMES L. GRAHAM
                                       Magistrate Judge Kemp

Cajana, Inc.

    Defendant.

## ORDER GRANTING MOTION TO VACATE STATUS CONFERENCE AND RESET DATES

    For good cause shown the Court hereby GRANTS Plaintiff's Motion to Vacate the July 5, 2011 status conference and resets the date for amending the pleadings and/or adding additional parties until November 1, 2011.  All other dates set forth in the Memorandum of First Pretrial Conference [Doc. #11] remain as set.

    IT IS SO ORDERED.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge