```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


SunGard Higher Education, Inc.,:

        Plaintiff,              :

    v.                          :       Case No. 2:11-cv-148

                                :       JUDGE JAMES L. GRAHAM
Cajana, Inc.,                           Magistrate Judge Kemp

        Defendant.              :
```

ORDER

Plaintiff has moved for an extension of time to file any motion to amend the pleadings or join parties.  The motion sets forth good cause for the extension and the motion (#14) is therefore granted.  The new date to file is December 1, 2011.

/s/ Terence P. Kemp
United States Magistrate Judge