IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| 2:07-cv-0946 | 2:10-cv-0440 | 2:10-cv-1027 | 2:11-cv-0294 |
| 2:08-cv-0794 | 2:10-cv-0513 | 2:10-cv-1160 | 2:11-cv-0305 |
| 2:09-cv-0749 | 2:10-cv-0603 | 2:11-cv-0022 | 2:11-cv-0311 |
| 2:09-cv-0812 | 2:10-cv-0623 | 2:11-cv-0090 | 2:11-cv-0324 |
| 2:09-cv-0910 | 2:10-cv-0711 | 2:11-cv-0148 | 2:11-cv-0366 |
| 2:09-cv-1092 | 2:10-cv-0768 | 2:11-cv-0200 | 2:11-cv-0386 |
| 2:10-cv-0054 | 2:10-cv-0848 | 2:11-cv-0210 | 2:11-cv-0463 |
| 2:10-cv-0126 | 2:10-cv-0906 | 2:11-cv-0222 | 2:11-cv-0545 |
| 2:10-cv-0225 | 2:10-cv-1012 | 2:11-cv-0248 | 2:11-cv-0581 |
| 2:10-cv-0226 | 2:10-cv-1020 | 2:11-cv-0260 | |

## ORDER

Each of the above-listed cases has previously been identified as ready for a mediation conference during the Court's September Settlement Week, which is scheduled to occur from December 12 to December 16, 2011. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for Settlement Week. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Week Conference.

It is therefore ORDERED that, within five business days of the receipt of this order, counsel confer concerning the readiness of their case for Settlement Week. If all counsel concur that the case is not ready to set, counsel shall send an email to the undersigned's Courtroom Deputy, Wanda Harrison, at Wanda_Harrison@ohsd.uscourts.gov, by November 9, 2011 to advise her that the case should not be set. Counsel should include in such advice whether the case should be continued to another Settlement Week and, if so, which Settlement Week. If counsel does not have access to e-mail, the same communication may be made by telephone to 614-719-3023, but e-mail rather than telephonic contact is strongly encouraged.

Nothing in this order is intended to preclude a timely motion to vacate or continue a settlement conference should the grounds for such motion become apparent only after the case is set for a Settlement Week conference on a specific date and time.

/s/ Terence P. Kemp
United States Magistrate Judge